**HYDE & SWIGART, APC**
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Ophelia Augustine

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE, <br><br> Plaintiff, <br><br> v. <br><br> TLC RESORTS VACATION CLUB, LLC AND DOES 1-20, <br><br> Defendants. | Case No.: 3:18-CV-01120-H-JMA <br><br> **NOTICE OF JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff OPHELIA AUGUSTINE and Defendant, TLC RESORTS VACATION CLUB, LLC ("Defendant"), hereby jointly move to dismiss the above entitled action ***with prejudice*** as to the named Plaintiff and ***without prejudice*** as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class. Regardless, there is no

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class . . . may be settled, voluntarily dismissed, or compromised only with the Court's approval."

prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and (iv) the putative class members are being dismissed without prejudice.

WHEREFORE, the parties respectfully request that this Court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully Submitted,

Date: April 11, 2019　　　　　　　　**HYDE & SWIGART, APC**

By: */s/ Yana A. Hart*
　　Yana A. Hart, Esq.
　　*Attorneys for Plaintiff*

Date: April 11, 2019　　　　　　　　**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Andrew Bluth*
　　Andrew Bluth, Esq.
　　*Attorneys for Defendant*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andrew Bluth, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Date: April 11, 2019                                **HYDE & SWIGART, APC**

By:  */s/ Yana A. Hart*
     Yana A. Hart, Esq.
     *Attorneys for Plaintiff*

**HYDE & SWIGART**
San Diego, California