UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TLC RESORTS VACATION CLUB, LLC; and DOES 1-20,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:18-cv-01120-H-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS**<br><br>**[Doc. No. 20]** |

On June 28, 2018, Plaintiff Ophelia Augustine filed her first amended complaint, alleging class action claims under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, et seq. (Doc. No. 4.) On August 16, 2018, the Court granted Defendant's motion to compel arbitration. (Doc. No. 17.) On April 17, 2019, the parties filed a joint motion for dismissal with prejudice as to Plaintiff Augustine and without prejudice as to the putative class. (Doc. No. 20.) The Court grants the joint motion, and dismisses the case with prejudice as to Plaintiff Augustine and without prejudice as to the putative class.

**IT IS SO ORDERED.**

DATED: April 17, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT